DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DUSTIN JAY HARPEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0748

[January 17, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2021-CF-005749-AXXX-MB.

Carey Haughwout, Public Defender, and Nancy Barbara Jack, Assistant Palm Beach Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State,* 350 So. 3d 72 (Fla. 4th DCA 2022).

CONNER, KUNTZ and ARTAU, JJ., concur.

\*		\*		\*

***Not final until disposition of timely filed motion for rehearing.***